UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17327
   STEVE S KAMEYAMA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7654

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/29/2006 and was confirmed 04/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/15/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANKUNITED FSB | CURRENT MORTG | .00 | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GREENPOINT MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GREENPOINT MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 268.06 | .00 | 268.06 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| KYUNG SUNNY KAMEYAMA | NOTICE ONLY | NOT FILED | .00 | .00 |
| KYUNG SUNNY KAMEYAMA | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANKUNITED FSB | SECURED NOT I | 71329.37 | .00 | .00 |
| BANKUNITED FSB | NOTICE ONLY | NOT FILED | .00 | .00 |
| GREENPOINT MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| GREENPOINT MORTGAGE | SECURED NOT I | 12419.07 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 916.05 | .00 | 916.05 |
| CHASE BANK USA | UNSECURED | 219.83 | .00 | 219.83 |
| CHASE | UNSECURED | .00 | .00 | .00 |
| C DAVID WARD | DEBTOR ATTY | 1,000.00 | | 1,000.00 |
| TOM VAUGHN | TRUSTEE | | | 169.75 |
| DEBTOR REFUND | REFUND | | | 4,637.31 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 7,211.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                 1,403.94
ADMINISTRATIVE                            1,000.00
TRUSTEE COMPENSATION                        169.75
DEBTOR REFUND                             4,637.31
                    ---------------   ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17327 STEVE S KAMEYAMA

TOTALS                                    7,211.00                7,211.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn

Dated: 12/13/07                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE


                         PAGE   2
           CASE NO. 06 B 17327 STEVE S KAMEYAMA